STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY - 4 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00194 HG |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) |
| JAMES COSTA, | ) | and (b)(1)(B)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

On or about April 17, 2000, within the District of Hawaii, **JAMES COSTA**, did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

COUNT 2:

The Grand Jury further charges that:

On or about April 21, 2000, within the District of Hawaii, **JAMES COSTA**, did knowingly and intentionally attempt to possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

DATED: MAY 0 4 2000 , 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. James Costa
"Indictment"
Cr. No. _____

2